No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

IRMA BERG, Respondent, v. SOLOMON BERG, Appellant.— The action should be tried promptly. On this record the alimony and counsel fee granted by the Special Term are, in our opinion, excessive. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 644, 655.]

■

IRMA BERG, Respondent, v. SOLOMON BERG, Appellant.— We think the fee allowed by Special Term was excessive. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [Order directed payment of additional counsel fees.]

■

BROOKS TRANSPORTATION Co., INC., Appellant, v. HILLCREA EXPORT & IMPORT CORPORATION, Respondent.— One engaged in interstate commerce is not obligated to file a certificate of doing business with the Secretary of State. (*International Text Book Co.* v. *Tone*, 220 N. Y. 313.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

ISIDORE BITTERMAN, Appellant, v. 2007 DAVIDSON AVE., INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.; Shientag, J. dissents and votes to reverse and grant the motion. [Order denied second motion for preference.] [See *post*, p. 1065.]

■

HOTEL SHERMAN, INC., Respondent v. EDWARD G. MURRAY, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore Cohn and Shientag, JJ.

■

SAMUEL GREENBERG, Respondent, v. COLONIAL STUDIOS, et al., Defendants, and IAN WOODNER et al., Appellants.— We think the appellants should be treated as tenants in the circumstances presented in this case and afforded the protection of the rent law. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *post*, p. 655.]